**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY CRAYTON,

    Plaintiff,

v.

A. HEDGPETH, CORRECTIONAL OFFICER CORRALES, K. MATHENY, KERN VALLEY STATE PRISON,

    Defendants.

No. C 08-00621 WHA (PR)

**ORDER TO SHOW CAUSE**

    Plaintiff Timothy Crayton has filed a notice stating that "his property, case file records, evidence, law books and ADA word processor remain confiscated by the defendants [and] he does not have access to the prison law library." Plaintiff also stated that upon obtaining paper he will move for a preliminary injunction from further retaliations by defendants. Defendants are ordered to show cause and submit a response addressing plaintiff's alleged lack of access to the aforementioned materials by **JUNE 30, 2009 AT NOON**.

    **IT IS SO ORDERED.**

Dated: June 22, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE