1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    TIMOTHY CRAYTON,
                                            No. C 08-00621 WHA (PR)
10              Plaintiff,

11        v.                                **ORDER SETTING BRIEFING
                                            SCHEDULE ON MOTION FOR
12   A. HEDGPETH, CORRECTIONAL OFFICER      PRELIMINARY INJUNCTION**
     CORRALES, K. MATHENY, KERN VALLEY
13   STATE PRISON,

14              Defendants.

15   _____/

16

17        The Court has received defendants' response to the order to show cause regarding plaintiff's

18   complaints about access to the library.  Plaintiff Timothy Crayton has filed supplemental briefing to

19   support his motion for preliminary injunction.  Defendants are ordered to submit a response by

20   SEPTEMBER 8, 2009.  Plaintiff may file a reply by SEPTEMBER 15, 2009.

21

22        **IT IS SO ORDERED.**

23   Dated:  August 21, 2009.

24                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
25

26

27

28

**United States District Court**
For the Northern District of California