IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON,<br><br>  Plaintiff,<br><br>  v.<br><br>CORRECTIONAL OFFICER A. HEDGPETH, et al.,<br><br>  Defendants. | No. C 08-00621 WHA (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER; GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME** |

Good cause appearing, plaintiff's motion to modify case scheduling order (docket number 79) and defendants' request for an extension of time (docket number 80) are **GRANTED.** Defendants shall file a dispositive motion on or before June 1, 2010. Plaintiff's opposition to the dispositive motion shall be filed with the court and served upon defendants no later than thirty days from the filing date of the motion. If defendants wish to file a reply brief, they shall do so no later than fifteen days after the date of service of the opposition.

**IT IS SO ORDERED.**

Dated: January   7  , 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\E.D. CAL\CRAYTON621\CRAYTON621eot.wpd