United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON, | No. C 08-00621 WHA (PR) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL CLAIMS; GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME** |
| v. | |
| CORRECTIONAL OFFICER A. HEDGPETH, et al., | |
| Defendants. / | |

Good cause appearing, plaintiff's unopposed motion for leave to file attached supplemental claims to the amended complaint is **GRANTED**. Defendants' motion for an extension of time is also **GRANTED**. Defendants shall file their responsive pleadings on or before August 1, 2010.

**IT IS SO ORDERED.**

Dated: May   25  , 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\E.D. CAL\CRAYTON621\CRAYTON621eot3.wpd