IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON, | No. C 08-00621 WHA (PR) |
| Plaintiff, | **ORDER REQUIRING DEFENDANTS' RESPONSE** |
| v. | |
| CORRECTIONAL OFFICER A. HEDGPETH, et al., | |
| Defendants. / | |

Plaintiff has filed a motion for an emergency preliminary injunction (docket no. 98). Defendants are ordered to file a response within **thirty (30) days** from the filing date of this order. Plaintiff may file his reply within **fifteen (15) days** thereafter.

**IT IS SO ORDERED.**

Dated: August  2 , 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\E.D. CAL\CRAYTON621\CRAYTON621resp.wpd