IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY CRAYTON,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**A HEDGPETH, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 1:08-cv-00621-WHA (PC)<br><br>**[PROPOSED]** **ORDER GRANTING FIRST EXTENSION OF TIME FOR DEFENDANT LOPEZ TO RESPOND TO FIRST AMENDED COMPLAINT (AS AMENDED ON MAY 25, 2010)** |

　　　Defendant Lopez's first request for an extension of time to respond to Crayton's First Amended Complaint (as amended on May 25, 2010) was considered by this Court and, good cause appearing, IT IS ORDERED that Defendant Lopez have until September 30, 2010, to respond to the First Amended Complaint (as amended on May 25, 2010).

Dated: August 5, 2010

　　　　　　　　　　　　　　　　　　　　　　　　The Honorable William Alsup

　　　　　　　　　　　　　　　　　　　　　　　　Judge William Alsup

SA2008302140
310666303.doc

1