IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY CRAYTON,

    Plaintiff,

v.

CORRECTIONAL OFFICER A. HEDGPETH, et al.,

    Defendants.

No. C 08-00621 WHA (PR)

**ORDER EXTENDING DEADLINE FOR SETTLEMENT PROCEEDINGS**

Plaintiff, a California prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 against numerous officials of Kern Valley State Prison ("KVSP"). On September 2, 2010, the court referred this matter to Judge Nandor J. Vadas for settlement proceedings to be conducted within ninety days. On September 8, 2010, Judge Vadas notified the court that his schedule could not accommodate a settlement proceeding in this matter within that time and requested that the deadline be extended.

Good cause appearing, the deadline for conducting settlement proceedings is extended. The proceedings shall take place within **one-hundred twenty (120) days** of the filing date of this order. Judge Vadas shall coordinate a time and date for a settlement conference with all interested parties or their representatives and, within **twenty (20) days** after the conclusion of the settlement proceedings, file with the court a report regarding the prisoner settlement proceedings. If these settlement proceedings to do not resolve this matter, the court will lift the stay and set a briefing schedule.

The clerk of the court shall mail a copy of the court file, including a copy of this order, to Judge Vadas in Eureka, California.

**IT IS SO ORDERED.**

Dated: September   16  , 2010.

/s/ Wm Alsup

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\E.D. CAL\CRAYTON621\CRAYTON621eot.vad.wpd