**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON,<br><br>    Plaintiff,<br><br>  v.<br><br>CORRECTIONAL OFFICER A. HEDGPETH, et al.,<br><br>    Defendants.<br>_____/ | No. C 08-00621 WHA/NJV (PR)<br><br>NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a settlement conference is scheduled for 1:00 p.m. on Tuesday, December 14, 2010 at Solano State Prison..

Lead trial counsel shall appear at the settlement conference with the parties and persons having **full authority** to negotiate and settle the case. **A person who needs to call another person not present before agreeing to any settlement does not have full authority. To the extent that such consultations are necessary, they must be made in advance of the settlement conference.**

Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

Confidential settlement conference statements shall be mailed or emailed (NJVpo@cand.uscourts.gov) to and received by chambers no later than two weeks prior to the settlement conference.

No later than thirty (30) days prior to the settlement conference, counsel[1] shall prepare, e-file and electronically submit (via email to NJVpo@cand.uscourts,gov) a Word or Wordperfect version of the writ necessary to secure plaintiff's attendance at the settlement conference.  It is counsel's[2] responsibility to determine whether security, health or other issues prevent the transport of plaintiff to the settlement conference, and if so, to advise the Court of the same no later than thirty (30) days prior to the settlement conference.

Any request to continue the settlement conference shall state the reason therefor and be submitted in writing as soon as possible well in advance of the scheduled conference date.  Requests to vacate the settlement referral must be made to the *referring* Judge, not Magistrate Judge Vadas.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference.

IT IS SO ORDERED.

Dated: September 17, 2010

_____
NANDOR J. VADAS
United States Magistrate Judge

---

[1] If plaintiff is represented, plaintiff's counsel shall submit any necessary writ/order.  If plaintiff is *pro se*, defense counsel shall submit any necessary writ/order.

[2] If plaintiff is represented, plaintiff's counsel shall submit any necessary writ/order.  If plaintiff is *pro se*, defense counsel shall submit any necessary writ/order.

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON, | No. C 08-00621 WHA/NJV (PR) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| CORRECTIONAL OFFICER A. HEDGPETH, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on September 17, 2010 I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Timothy Crayton
P-07736
Kern Valley State Prison
P.O. Box 5103
Delano, CA 93216

/s/ Chris Wolpert
_____
Chris Wolpert
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3