United States District Court<br>For the Eastern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON, | No. C 08-00621 WHA (PR) |
| Plaintiff, | **ORDER DENYING PENDING MOTIONS** |
| v. | |
| CORRECTIONAL OFFICER A. HEDGPETH, et al., | |
| Defendants. / | |

Plaintiff, a California prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 against numerous officials of Kern Valley State Prison ("KVSP"). On September 2, 2010, the court referred this matter to Judge Nandor J. Vadas for settlement proceedings and stayed the case pending the outcome of those proceedings. Thereafter, the parties have filed several pleadings in this matter which request court action. (Dkt. Nos. 127 - 135). In light of the previously ordered stay, those pleadings are **DENIED** without prejudice to re-filing once this court lifts the stay.

**IT IS SO ORDERED.**

Dated: November   9  , 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\E.D. CAL\CRAYTON621\CRAYTON621stay.vadas.wpd