IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON,<br><br>    Plaintiff,<br><br>  v.<br><br>CORRECTIONAL OFFICER A.<br>HEDGPETH, et al.,<br><br>    Defendants. | No. C 08-00621 WHA (PR)<br><br>**ORDER RE-OPENING CASE;<br>SETTING SCHEDULE** |

This is a civil rights case brought pro se by a prisoner at Kern Valley State Prison. On September 17, 2010, it was referred to Magistrate Judge Nandor Vadas to conduct a settlement proceeding. Judge Vadas now has reported that the case did not settle. The case is now re-opened.

Currently pending before the court are plaintiff's motion to compel discovery and motion to direct the Marshal to serve unserved defendants. The court will address those motions in a separate order.

The parties shall comply with the following deadlines. Because of the age of the case, extensions will be granted only in the most compelling circumstances.

(1) Plaintiff's opposition to defendants' motion to dismiss (dkt. 106) and motion for summary judgment (dkt. 108) must be filed no later than 60 days from the filing date of this order. Defendants must reply to those oppositions 15 days thereafter.

(2) Defendant Adams shall file his responsive pleading no later than 60 days from the

filing date of this order. Any opposition must be filed 30 days thereafter. Any reply to the opposition must be filed 15 days thereafter.

(3) Dispositive motions will be ruled upon without oral argument unless the court orders otherwise at a later date.

**IT IS SO ORDERED.**

Dated: January 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\E.D. CAL\CRAYTON621\CRAYTON621sch.wpd