IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>A HEDGPETH, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 1:08-cv-00621-WHA (PC)<br><br>[PROPOSED] ORDER VACATING SUMMARY JUDGMENT DEADLINE PENDING ADJUDICATION OF MOTION TO DISMISS MISJOINED DEFENDANTS AND CLAIMS |

Defendants' request to vacate the summary judgment deadline was considered by this Court, and good cause appearing, IT IS ORDERED that the deadline for Defendants to file their summary judgment motion shall be vacated and reset after the Court's ruling on Defendants' pending motion to dismiss misjoined defendants and claims.

Dated: July 20, 2011

The Honorable

*IT IS SO ORDERED*
*Judge William Alsup*

1

[Proposed] Order Vacating Mot. Summ. J. Deadline Pending Adj. Mot. Dismiss Misjoined Defs. & Claims (1:08-cv-00621-WHA (PC))