IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON,<br><br>        Plaintiff,<br><br>  v.<br><br>A HEDGPETH, et al.,<br><br>        Defendants. | Case No. 1:08-cv-00621-WHA (PC)<br><br>[**PROPOSED**] ORDER STAYING ACTION UNTIL NOVEMBER 1, 2011 |

  Defendants' request to stay this action due to defense counsel's family medical leave was considered by this Court, and good cause appearing, IT IS ORDERED that this action is stayed until November 1, 2011.

Dated: July 28, 2011

                _____
                The Honorable William Haskell Alsup

SA2008302140
31309475.doc

1