United States District Court
For the Eastern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9    TIMOTHY CRAYTON,                        No. C 08-00621 WHA (PR)

10            Plaintiff,                      **NOTICE TO PARTIES**

11   v.

12
     A. HEDGPETH, K. HARRINGTON,
13   and L. WOOD,

14            Defendants.
                                          /
15

16          Plaintiff, a California state prisoner proceeding pro se, filed this pro se civil rights

17   action.  Defendants filed a motion for summary judgment.  After both sides briefed the

18   underlying claims, on August 22, 2013, the court denied defendants' motion for summary

19   judgment and referred this case to Magistrate Judge Vadas for settlement proceedings.  In the

20   order, the court stated that if settlement proceedings proved unsuccessful, the court would

21   consider a motion from plaintiff requesting appointment of counsel.

22          This order provides further notice to the parties that, should settlement proceedings not

23   resolve this matter, a trial date shall be set.  The trial, and any other hearings in this matter, will

24   be held at the United States District Court of the Northern District of California in San

25   Francisco, California.  In those instances, the Deputy Attorney General assigned to this matter

26   will be responsible for making arrangements to transport plaintiff to the federal courthouse in

27   ///

28   ///

San Francisco.

**IT IS SO ORDERED.**

Dated: August _____, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

C:\Users\henshawr\AppData\Local\Temp\notes1A03DD\CRAYTON621misc2.wpd

United States District Court
For the Eastern District of California