1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Eastern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY CRAYTON,

      Plaintiff,

v.

A. HEDGPETH, K. HARRINGTON,
and L. WOOD,

      Defendants.
_____/

No. C 08-00621 WHA (PR)

**NOTICE TO PARTIES**

      Plaintiff, a California state prisoner proceeding pro se, filed this pro se civil rights action. Defendants filed a motion for summary judgment. After both sides briefed the underlying claims, on August 22, 2013, the court denied defendants' motion for summary judgment and referred this case to Magistrate Judge Vadas for settlement proceedings. In the order, the court stated that if settlement proceedings proved unsuccessful, the court would consider a motion from plaintiff requesting appointment of counsel.

      This order provides further notice to the parties that, should settlement proceedings not resolve this matter, a trial date shall be set. The trial, and any other hearings in this matter, will be held at the United States District Court of the Northern District of California in San Francisco, California. In those instances, the Deputy Attorney General assigned to this matter will be responsible for making arrangements to transport plaintiff to the federal courthouse in

///

///

San Francisco.

**IT IS SO ORDERED.**

Dated: August _____, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

C:\Users\henshawr\AppData\Local\Temp\notes1A03DD\CRAYTON621misc2.wpd

United States District Court

For the Eastern District of California