**United States District Court**
For the Northern District of California

1

2

3

4

5                              UNITED STATES DISTRICT COURT

6                              EASTERN DISTRICT OF CALIFORNIA

7

8

9    TIMOTHY CRAYTON,                           No. C 08-00621 WHA (NJV) (PR)

10              Plaintiff,                       NOTICE AND ORDER SETTING
                                                 SETTLEMENT CONFERENCE IN
11        v.                                     PRO SE PRISONER EARLY
                                                 SETTLEMENT PROGRAM
12   CORRECTIONAL OFFICER A.
     HEDGPETH, et al.,

13              Defendants.

14   _____/

15

16   TO ALL PARTIES AND COUNSEL OF RECORD:

17          You are hereby notified that a settlement conference is scheduled for 9:00 a.m. on November

18   20, 2013, at Solano State Prison.

19          Defense counsel is ORDERED to meet and confer telephonically with Plaintiff to discuss

20   settlement of this case no later than three weeks before the settlement conference.  The legal

21   representative of the CDCR must be present at this telephonic meeting.

22          The matter is HEREBY SET for a telephonic status conference on November 12, 2013, at

23   1:00 p.m.  The parties shall dial 888-684-8852 and enter access code 1868782.  At the status

24   conference, the parties shall report on the outcome of their meeting regarding settlement.  Defense

25   counsel shall arrange for the telephonic appearance of Plaintiff.

26          Lead trial counsel shall appear at the settlement conference with the parties and persons

27   having **full authority** to negotiate and settle the case.  **A person who needs to call another person**

28   **not present before agreeing to any settlement does not have full authority.  To the extent that**

     **such consultations are necessary, they must be made in advance of the settlement conference.**

**United States District Court**
For the Northern District of California

1    Personal attendance of a party representative will rarely be excused by the Court, and then

2  only upon separate written application demonstrating substantial hardship served on opposing

3  counsel and lodged as early as the basis for the hardship is known.

4    Confidential settlement conference statements shall be mailed or emailed

5  (NJVpo@cand.uscourts.gov) to and received by  chambers no later than two weeks prior to the

6  settlement conference.

7    Any request to continue the settlement conference shall state the reason therefor and be

8  submitted in writing as soon as possible well in advance of the scheduled conference date.  Requests

9  to vacate the settlement referral must be made to the *referring* Judge, not Magistrate Judge Vadas.

10    The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this

11  case settles prior to the date set for the settlement conference.

12

13  IT IS SO ORDERED.

14

15  Dated:  September 10, 2013

16  _____
NANDOR J. VADAS
United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TIMOTHY CRAYTON,

       Plaintiff,

   v.

CORRECTIONAL OFFICER A. HEDGPETH, et al.,

       Defendants.

_____/

No. C 08-00621 WHA (NJV) (PR)

CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that on September 10, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Timothy Crayton
P-07736
Kern Valley State Prison
P.O. Box 5103
Delano, CA 93216

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3