UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON, | No.  1:08-CV-00621 WHA (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| CORRECTIONAL OFFICER A. HEDGPETH, K , et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of TIMOTHY CRAYTON., inmate no. P-07736, presently in custody at Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: October 1, 2013

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, Salinas Valley State Prison

GREETINGS

WE COMMAND that you have and produce the body of Timothy Crayton, inmate no. P-07736, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison on November 20, 2013, at 9:00 am. in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of CRAYTON v. HEDGPETH, et al,

and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: October 1, 2013

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: October 1, 2013



_____
NANDOR J. VADAS
United States Magistrate Judge

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TIMOTHY CRAVEN,

    Plaintiff,

    v.

CORRECTIONAL OFFICER
A. HEDGPETH, et al.,

    Defendants.
_____/

No. 1:08-CV-00621 WHA (NJV)

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 1, 2013, I SERVED a true and correct copy of the attached and of document number 251, by placing said copies in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

TIMOTHY CRAYTON
P-07736
SALINAS VALLEY STATE PRISON (1050)
PO BOX 1050
SOLEDAD, CA 93960-1050

Litigation Coordinator
Salinas Valley State Prison
PO Box 1020
Soledad, CA  93960-1020

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3