UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON, | No. 1:08-CV-00621 WHA (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| CORRECTIONAL OFFICER A. HEDGPETH, K , et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of TIMOTHY CRAYTON., inmate no. P-07736, presently in custody at Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: October 1, 2013

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, Salinas Valley State Prison

GREETINGS

WE COMMAND that you have and produce the body of Timothy Crayton, inmate no. P-07736, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison on November 20, 2013, at 9:00 am. in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of CRAYTON v. HEDGPETH, et al,

1  and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution,
2  or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody
3  of said prisoner, and further to produce said prisoner at all times necessary until the termination of the
4  proceedings for which his testimony is required in this Court;

5  Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6  for the Northern District of California.

Dated:  October 1, 2013

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated:  October 1, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge



2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TIMOTHY CRAVEN,

    Plaintiff,

v.

CORRECTIONAL OFFICER
A. HEDGPETH, et al.,

    Defendants.
_____/

No. 1:08-CV-00621 WHA (NJV)

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 1, 2013, I SERVED a true and correct copy of the attached and of document number 251, by placing said copies in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

TIMOTHY CRAYTON
P-07736
SALINAS VALLEY STATE PRISON (1050)
PO BOX 1050
SOLEDAD, CA 93960-1050

Litigation Coordinator
Salinas Valley State Prison
PO Box 1020
Soledad, CA  93960-1020

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3