UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON, | No. C 08-00621 WHA (NJV) (PR) |
| Plaintiff, | ORDER RE SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |
| v. | |
| CORRECTIONAL OFFICER A. HEDGPETH, et al., | |
| Defendants. | |

A settlement conference is scheduled in this case for 9:00 a.m. on November 20, 2013, at Solano State Prison. Defense Counsel has informed the court that this case is being handled through its pilot program with the California Department of Corrections and Rehabilitation. Accordingly, CDCR Counsel for is excused from attendance at the settlement conference.

IT IS SO ORDERED.

Dated: October 28, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON, | No. C 08-00621 WHA (NJV) (PR) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| CORRECTIONAL OFFICER A. HEDGPETH, et al., | |
| Defendants. _____/ | |

I, the undersigned, hereby certify that on October 28 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Timothy Crayton
P-07736
SALINAS VALLEY STATE PRISON (1050)
PO BOX 1050
SOLEDAD, CA 93960-1050

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2