IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY CRAYTON,

    Plaintiff,

v.

CORRECTIONAL OFFICER
A. HEDGEPETH, et al.,

    Defendants.
                             /

No. C 08-00621 WHA (NJV) (PR)

**ORDER SETTING FINAL PRETRIAL CONFERENCE AND TRIAL DATE**

On November 20, a settlement conference before Magistrate Judge Vadas was held. The action did not settle. Accordingly, the final pre-trial conference is set for **JANUARY 22**. Trial will begin **JANUARY 27**. Any motion to continue the trial must be made by **DECEMBER 13**. It is the responsibility of the Attorney General to make sure the *pro se* plaintiff is brought to the courthouse in San Francisco for trial. Please be mindful of the deadlines for pre-trial motions, including motions *in limine*.

**IT IS SO ORDERED.**

Dated: December 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE