IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. HEDGPETH, K. HARRINGTON,<br>and L. WOOD,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 08-00621 WHA (PR)<br><br>**ORDER REFERRING MATTER TO FEDERAL PRO BONO PROJECT FOR APPOINTMENT OF COUNSEL** |

　　　　Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. On August 22, 2013, the court denied defendants' motion for summary judgment. The case was then referred to Magistrate Judge Nandor Vadas for mediation. Mediation proceedings were unsuccessful.

　　　　It appears that the case will be tried. The court concludes that counsel should be appointed, and sua sponte appoints counsel for plaintiff. This matter is referred to the Federal Pro Bono Project to find counsel.

　　　　The Clerk shall forward to the Federal Pro Bono Project: (i) a copy of this order, (ii) a copy of the docket sheet, and (iii) a copy of the operative complaint and relevant court orders. Upon an attorney being located to represent plaintiff, that attorney shall be appointed as counsel for plaintiff in this matter until further order of the court.

　　　　**IT IS SO ORDERED.**

Dated: December __3__, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

C:\Users\tolandd\AppData\Local\Temp\notes1A03DD\CRAYTON621refprobono.wpd