**United States District Court**
For the Eastern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON,<br><br>    Plaintiff,<br><br>  v.<br><br>A. HEDGPETH, K. HARRINGTON,<br>and L. WOOD,<br><br>    Defendants.<br>_____/ | No. C 08-00621 WHA (PR)<br><br>**ORDER APPOINTING PRO BONO COUNSEL** |

    Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. On August 22, 2013, the court denied defendants' motion for summary judgment. After settlement proceedings proved unsuccessful, the court set this matter for trial, and referred the action to the Federal Pro Bono Program to locate counsel.

    The Eastern District's Pro Bono Program has informed the court that Jeffrey L. Bornstein and Claudia A. Quiroz of K&L Gates LLP, 4 Embarcadero Center, Suite 1200, San Francisco, California 94111, have agreed to serve as appointed pro bono counsel for plaintiff. Thus, Jeffrey L. Bornstein and Claudia A. Quiroz are hereby APPOINTED as counsel for plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines. The scope of this referral shall be for all purposes for the duration of the case.

    The parties are reminded that this matter is set for a final pre-trial conference on January

22, 2014, with trial set to being on January 27, 2014.  Any motion to continue trial must be made by December 13, 2013.

**IT IS SO ORDERED.**

Dated:  December   10   , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

C:\Users\tolandd\AppData\Local\Temp\notes1A03DD\CRAYTON621apptcounsel.wpd