1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

TIMOTHY CRAYTON,

10                                              No. C 08-00621 WHA (NJV) (PR)
        Plaintiff,

11
     v.
12                                              **ORDER RE VERIFIED MOTION**
CORRECTIONAL OFFICER                            **FOR CERTIFICATE OF**
13   A. HEDGEPETH, et al.,                       **APPEALABILITY**

14        Defendants.
                                          /
15

16          On December 12, the clerk of the Eastern District of California received a "verified

17   motion for a certificate of appealability, with objection, regarding denial of leave to file

18   supplemental complaint" with a declaration and twenty exhibits.  The notice, however, is dated

19   October 30 and signed by Timothy Crayton, "Pro se attorney of record."

20          In a December 2 order, this Court set the final pretrial conference for January 22 and the

21   trial for January 27.  Pro bono counsel was appointed on December 10, after the date that

22   appears on the notice for the verified motion, but before the verified motion was received.

23          The undersigned judge has been informed by his clerk that pro bono counsel intends to

24   move on an expedited basis to continue the January 27 trial date.  This order requests that pro

25   bono counsel review the verified motion and accompanying documents and file a statement (no

26   more than **FIVE PAGES**) by **DECEMBER 17 AT NOON** addressing whether this verified motion is

27   withdrawn or will be re-noticed and re-filed on the docket.

28

**United States District Court**
For the Northern District of California

1    In the interim, this verified motion and its accompanying documents will be filed on the

2  docket.  The clerk is directed not to process this as a notice of appeal until pro bono counsel has

3  had an opportunity to review the verified motion and accompanying documents.

4

5    **IT IS SO ORDERED.**

6

7  Dated:   December 12, 2013.

8  WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE

9

10

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2