IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY CRAYTON,

    Plaintiff,

  v.

CORRECTIONAL OFFICER
A. HEDGEPETH, et al.,

    Defendants.
                              /

No. C 08-00621 WHA (NJV) (PR)

**ORDER RE STIPULATION TO SET STATUS CONFERENCE HEARING AND CONSIDER MOTION TO CONTINUE TRIAL ON SHORTENED TIME**

On December 13, the parties filed a stipulation requesting a status conference on December 19 at 8:00 a.m. The parties also requested a continuance of the trial date. Counsel have discussed a possible continuance to February 10 or March 3. Trial is currently set for January 27. Counsel also state that plaintiff may need to file a motion to reopen discovery for four categories of materials and defendants may need to file a motion relating to the exhaustion of administrative remedies.

The parties shall appear for a status conference on **DECEMBER 19 AT 2:00 P.M.** No additional joint case management conference statement is required, with the exception of the statement ordered in Dkt. No. 264. The parties should come prepared to discuss whether a continuance is necessary and proposed pretrial and trial dates.

**IT IS SO ORDERED.**

Dated: December 13, 2013.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE