**United States District Court**
For the Northern District of California

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF CALIFORNIA

7

8

9    TIMOTHY CRAYTON,                    No. C 08-00621 WHA (NJV) (PR)

10            Plaintiff,

                              v.         ORDER SETTING SCHEDULING
11                                       CONFERENCE
     CORRECTIONAL OFFICER A.
12   HEDGPETH, et al.,

13            Defendants.
     _____/

14

15         A telephonic scheduling conference is HEREBY SET for 1:00 pm on Friday,

16   December 20, 2013.  The parties shall call the court by dialing 888-684-8852 and entering access

17   code 1868782.  The parties shall be prepared to discuss setting a date for a settlement conference.

18   IT IS SO ORDERED.

19

20   Dated: December 19, 2013

21                                       _____
                                         NANDOR J. VADAS
22                                       United States Magistrate Judge

23

24

25

26

27

28