IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY CRAYTON,

    Plaintiff,

v.

CORRECTIONAL OFFICER
A. HEDGEPETH, et al.,

    Defendants.
_____ /

No. C 08-00621 WHA (NJV) (PR)

**FIRST AMENDED CASE MANAGEMENT ORDER AND ORDER RE-REFERRING CASE TO MAGISTRATE JUDGE VADAS**

On December 19, the parties appeared for a status conference. Plaintiff requested leave to file a motion to file an amended complaint to address the same deliberate indifference claims arising from events in 2011. The request for leave to file a motion to file an amended complaint is **GRANTED**. The motion is due **DECEMBER 31 AT NOON**. Defendants' opposition is due **JANUARY 7 AT NOON**. Plaintiff's reply is due **JANUARY 10 AT NOON**.

Defendants have filed a motion to dismiss for failure to exhaust administrative remedies, noticed for a hearing on January 16. Both plaintiff's motion and defendants' motion shall be heard on **JANUARY 16 AT 8:00 A.M.**

\*        \*        \*

The September 2013 order stated that "[t]he trial, and any other hearing in this matter, will be held at the United States District Court of the Northern District of California in San Francisco, California . . . . the Deputy Attorney General assigned to this matter will be responsible for making arrangements to transport plaintiff to the federal courthouse in San Francisco" (Dkt. No. 250). So ordered.

* * *

The August 2013 order referred this action to Magistrate Judge Vadas pursuant to the *pro se* prisoner mediation program. A settlement conference was held on November 20. The action did not settle at that time.

Plaintiff requests (now that *pro bono* counsel has been appointed), and defendants have no objection, to be re-referred to Magistrate Judge Vadas for settlement. The case is **RE-REFERRED** to Magistrate Judge Vadas for settlement. The proceedings shall take place within the next **TWO WEEKS** of the filing date of this order or as soon as it is practicable. Judge Vadas shall coordinate a time and date for a settlement conference with all interested parties or their representatives and, within **TEN (10) DAYS** after the conclusion of the settlement proceedings, file with the court a report regarding the settlement proceedings.

* * *

The case schedule for this action shall be amended as follows:

**EXPERT DISCLOSURES AND REPORTS:** **JANUARY 31**

**FINAL PRE-TRIAL CONFERENCE:** **FEBRUARY 5 AT 2:00 P.M.**

**JURY TRIAL:** **FEBRUARY 10 AT 7:30 A.M.**

This schedule may be subject to change in light of the upcoming settlement conference and the motions to be heard on January 16. The parties consent to the Local Rules of the Northern District of California governing this action.

**IT IS SO ORDERED.**

Dated: December 19, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2