United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON, | No. C 08-00621 WHA (NJV) (PR) |
| Plaintiff, | |
| v. | ORDER RE SETTLEMENT CONFERENCE |
| CORRECTIONAL OFFICER A. HEDGPETH, et al., | |
| Defendants. | |

A settlement conference is set in this case for December 27, 2013, at 1:00 pm. Plaintiff, who is represented by counsel, shall appear at the settlement conference telephonically. He shall do so by dialing 888-684-8852 and entering access code 1868782. Plaintiff's counsel shall confer with the prison litigation office at Plaintiff's institution to arrange for Plaintiff's telephonic appearance.

IT IS SO ORDERED.

Dated: December 20, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON, | No. C 08-00621 WHA (NJV) (PR) |
|     Plaintiff, | |
|   v. | CERTIFICATE OF SERVICE |
| CORRECTIONAL OFFICER A. HEDGPETH, et al., | |
|     Defendants. _____/ | |

I, the undersigned, hereby certify that on December 20, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Litigation Coordinator
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

(by fax also)


/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2