**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY CRAYTON,

        Plaintiff,

v.

CORRECTIONAL OFFICER
A. HEDGEPETH, et al.,

        Defendants.

_____/

No. C 08-00621 WHA (NJV) (PR)

**ORDER RE PLAINTIFF'S VERIFIED
OBJECTION AND MOTION RE THE
DECEMBER 13 STIPULATION**

On December 23, plaintiff Timothy Crayton filed a "verified objection and motion to
nullify, void, and strike the purported 12/13/13 stipulation" (Dkt. No. 275). Mr. Crayton appears
to believe that the December 13 stipulation (Dkt. No. 265) is "an agreement that allows defense
counsel to re-open dispositive motion proceedings and allow . . . 'any procedural motion that
Defendant believes is appropriate based on the exhaustion issue . . . .'" The verified objection
and motion requests a hearing "on the issue of pro bono representation" and a stay of
proceedings. The Court requests that appointed counsel for plaintiff please confer promptly with
Mr. Crayton regarding this verified objection and motion. On December 13, defendants filed a
motion to dismiss for failure to exhaust administrative remedies, noticed for January 16 (Dkt.
No. 268). Plaintiff can certainly file an opposition should he so choose. The Court would
appreciate it if plaintiff's counsel would please file a response by JANUARY 6 AT NOON
regarding whether Mr. Crayton intends to withdraw this verified objection and motion, or what
relief he requests to be heard on.

        **IT IS SO ORDERED.**

Dated:   December 24, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE