IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY CRAYTON,

    Plaintiff,

v.

CORRECTIONAL OFFICER
A. HEDGEPETH, et al.,

    Defendants.
                                /

No. C 08-00621 WHA

**ORDER VACATING JANUARY 16 HEARING AND OTHER HEARING DATES**

On December 27, the parties appeared for a settlement conference and the case was settled in full on the record. All parties agreed to be bound by the settlement. Counsel for defendants are preparing the settlement documents.

On January 8, the parties filed a request to withdraw their pending motions, noticed for January 16, to vacate all scheduled hearings (except for the status conference before Magistrate Judge Vadas scheduled for January 28), and to set a further status conference before the undersigned judge on July 3. The parties anticipate a "stipulation for dismissal being filed within approximately 200 days" — no reason is provided for why it would take so long to file a proper stipulation (Dkt. No. 278).

The undersigned judge very reluctantly agrees to the proposed schedule, provided that a fully executed settlement agreement by all parties is filed by **JANUARY 17**. All hearing dates are hereby **VACATED**, except for the January 28 status conference date, and a further status conference is hereby set for **JULY 3 AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: January 8, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE