Jeffrey L. Bornstein – 99358
jeff.bornstein@klgates.com
Claudia A. Quiroz – 254419
claudia.quiroz@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone:  +1 415 882 8200
Facsimile:  +1 415 882 8220

Attorneys for Plaintiff
TIMOTHY CRAYTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TIMOTHY CRAYTON<br><br>            Mr. Crayton,<br><br>vs.<br><br>A. HEDGPETH; K. HARRINGTON; and L. WOOD<br><br>            Defendants. | Case No.   C 08-00621 WHA (NJV) (PR)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER MODIFYING UPCOMING DATES**<br><br>Judge:      Hon. William H. Alsup<br>Courtroom: 8 |
|---|---|

1  On December 27, 2013, the parties attended a settlement conference before Magistrate Judge Vadas and agreed to a settlement of this case. At that time, Plaintiff Timothy Crayton ("Mr. Crayton") was informed that CDCR normally takes approximately 180 days from the time final settlement papers are signed before settlement funds are dispersed. For this reason, the parties asked this Court to vacate all hearing dates and to hold the case in abeyance until the settlement funds were paid.

Defendants prepared Settlement and Release papers that were received and approved by Mr. Crayton's counsel and sent to Mr. Crayton. Mr. Crayton has advised that he is concerned that the Release papers could be interpreted to cover additional actions other than those in his First Amended Complaint. He asked that we clarify the settlement papers to make it clear that he is dismissing with prejudice his First Amended Complaint, including the RICO Counts, but that his release does not cover or extend to other pending (and contemplated litigation) to include efforts he is making to overturn his underlying conviction through a Habeas Petition or to enforce other judgments he has obtained from other courts. He also continues to seek access to an ADA typewriter for his legal efforts.

The parties have amended the "Recitals" paragraph to make it clear that the release in this case that ". . . This Agreement covers all of the claims and allegations in the Complaint against Defendants and any past or current employees of CDCR based on the allegations in the Complaint. It does not cover other pending litigation, including but not limited to, Plaintiff's Habeas Petition."

Therefore, for good cause shown, the parties request that the Court give us until January 27, 2014 to file final settlement papers with the Court.

IT IS SO STIPULATED.

Respectfully submitted,

K&L GATES LLP

Dated:  January 13, 2013         By:   */s/ Jeffrey L. Bornstein*
                                       Jeffrey L. Bornstein
                                       Claudia A. Quiroz
                                       Attorneys for Plaintiff
                                       TIMOTHY CRAYTON

1
**STIPULATION AND [PROPOSED] ORDER MODIFYING UPCOMING DATES; C 08-00621 WHA (NJV)**

ATTORNEY GENERAL OF CALIFORNIA

Dated: January 13, 2013      By:   */s/ Elliott T. Seals*
                                   Elliott T. Seals
                                   Deputy Attorney General
                                   Attorneys for Defendants
                                   A. HEDGPETH, K. HARRINGTON, and
                                   L. WOOD

### ECF ATTESTATION

I, Jeffrey L. Bornstein, attest that concurrence in e-filing this STIPULATION AND [PROPOSED] ORDER MODIFYING UPCOMING DATES has been obtained from signatory Elliott T. Seals, in compliance with General Order 45, X.B.

Dated: January 13, 2010      By:   */s/ Jeffrey L. Bornstein*
                                   Jeffrey L. Bornstein

### [PROPOSED] ORDER

Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the parties shall have until January 27, 2014 to file final settlement papers with the Court.

IT IS SO ORDERED.

Dated: January 14, 2014      By: _____

[APPROVED — Judge William Alsup, United States District Court, Northern District of California]

2

**STIPULATION AND [PROPOSED] ORDER MODIFYING UPCOMING DATES; C 08-00621 WHA (NJV)**