United States District Court

For the Northern District of California

1

2

3

4

5                   UNITED STATES DISTRICT COURT

6                   EASTERN DISTRICT OF CALIFORNIA

7

8

9   TIMOTHY CRAYTON,                No. C 08-00621 WHA (NJV) (PR)

10         Plaintiff,

                v.          ORDER VACATING STATUS CONFERENCE

11

CORRECTIONAL OFFICER A.
12   HEDGPETH, et al.,

13         Defendants.

14   _____/

15

16       This matter is set for a status conference on January 28, 2014.  On January 27, 2014,

17   Defendants filed a notice of settlement, attaching a copy of the fully executed settlement agreement.

(Doc. 283.)  Accordingly, the status conference set for January 28, 2014, is HEREBY VACATED.
18

IT IS SO ORDERED.
19

20   Dated: January 28, 2014

21                       _____
                        NANDOR J. VADAS
22                         United States Magistrate Judge

23

24

25

26

27

28