**United States District Court**
For the Eastern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY CRAYTON,

          Plaintiff,

  v.

A. HEDGPETH, K. HARRINGTON,
and L. WOOD,

          Defendants.

_____/

No. C 08-00621 WHA (PR)

**ORDER ADDRESSING PENDING
MOTIONS**

      Plaintiff, a California state prisoner, filed a civil rights complaint under 42 U.S.C. § 1983. On August 22, 2013, the court denied defendants' motion for summary judgment. On December 10, 2013, the court appointed pro bono counsel to represent plaintiff. On January 27, 2014, defendants filed a notice of settlement. Based on the fact that this matter has settled, all pending motions are **DENIED** as moot.

      **IT IS SO ORDERED.**

Dated:   February __10___, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

C:\Users\tolandd\AppData\Local\Temp\notes1A03DD\CRAYTON621mtns.wpd