Jeffrey L. Bornstein – 99358
jeff.bornstein@klgates.com
Claudia A. Quiroz – 254419
claudia.quiroz@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

Attorneys for Plaintiff
TIMOTHY CRAYTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON,<br><br>Plaintiff,<br><br>vs.<br><br>A. HEDGPETH; K. HARRINGTON; and L. WOOD,<br><br>Defendants. | Case No. C 08-00621 WHA (NJV) (PR)<br><br>**DECLARATION OF JEFFREY L. BORNSTEIN IN RESPONSE TO PLAINTIFF'S PRO SE NOTICE AND VERIFIED MOTION FOR SANCTIONS AND STRICT COMPLIANCE WITH SETTLEMENT CONTRACT**<br><br>Date: Not Set<br>Time: Not Set<br>Judge: Hon. William H. Alsup<br>Courtroom: 8 |

DECLARATION OF J. BORNSTEIN IN RESPONSE TO PLAINTIFF'S PRO SE MOTION FOR SANCTIONS AND STRICT COMPLIANCE WITH SETTLEMENT CONTRACT; C 08-00621 WHA (NJV)

SF-304632 v1

I, JEFFREY L. BORNSTEIN, declare as follows:

1. I am a partner at K&L Gates LLP who, along with Claudia A. Quiroz, was appointed to represent Plaintiff Timothy Crayton ("Mr. Crayton"). I make this Declaration in response to Mr. Crayton's *pro se* Notice and Verified Motion for Sanctions and Strict Compliance with Settlement Contract.

2. It is my understand that CDCR has agreed to abide by the terms of the Settlement Agreement and will issue the settlement check to Mr. Crayton without needing any further documentation from him. After I receive the check, however, the Defendants will still require that Mr. Crayton execute the Stipulation for Voluntary Dismissal with Prejudice.

3. With respect to trying to get Mr. Crayton to sign the Stipulation for Voluntary Dismissal With Prejudice before the settlement check was issued and received, I did so only at the request of Deputy Attorney General Elliott Seals in order to assist Mr. Crayton in navigating the CDCR bureaucracy to ensure that he was paid in as timely a fashion as possible.

4. I did not withdraw from Mr. Crayton's case. I did advise him that I had done my best to try and help him with this particular case, but that if he did not trust me or was dissatisfied with my representation of him, I would have no choice but to withdraw.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 15, 2014, at San Francisco, California.

Jeffrey L. Bornstein

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF SAN FRANCISCO  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is K&L GATES LLP, 4 Embarcadero, Suite 1200, San Francisco, CA 94111. On **April 15, 2014**, I served the within documents:

**DECLARATION OF JEFFREY L. BORNSTEIN IN RESPONSE TO PLAINTIFF'S PRO SE NOTICE AND VERIFIED MOTION FOR SANCTIONS AND STRICT COMPLIANCE WITH SETTLEMENT CONTRACT**

[X] **VIA MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, addressed as set forth below:

**Timothy Crayton, P07736**
**Salinas Valley State Prison**
**31625 Highway 101**
**Soledad, CA 93960**

[ ] **VIA HAND DELIVERY:** by causing to be personally delivered the document(s) listed above to the person(s) at the address(es) set forth below. An executed proof of service by the messenger/courier service will be filed with the Court shortly:

[ ] **VIA FEDERAL EXPRESS:** by causing the document(s) listed above to be delivered via overnight delivery (Federal Express) to the person(s) at the address(es) set forth below:

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 15, 2014, at San Francisco, California.

*/s/ F. Gail LaPurja*
F. Gail LaPurja

SF-304637 v1 0905910-00001

PROOF OF SERVICE RE DECL. J. BORNSTEIN IN RESPONSE TO PLAINTIFF'S PRO SE MOTION FOR SANCTIONS AND STRICT COMPLIANCE WITH SETTLEMENT CONTRACT; C 08-00621 WHA (NJV) (PR)