

**K&L GATES LLP**
4 EMBARCADERO CENTER, SUITE 1200
SAN FRANCISCO, CA 94111
T +1 415 882 8200   F +1 415 882 8220   klgates.com

Jeffrey L. Bornstein
415.249.1059
jeff.bornstein@klgates.com

June 3, 2014

Honorable William Alsup
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Crayton v. Hedgepth, et al.*; C-08-00621 WHA

Dear Judge Alsup:

On May 9, 2014 the Court issued its Order re Settlement, [Dkt. No. 290], ordering the California Department of Corrections and Rehabilitation ("CDCR") to provide Plaintiff Timothy Crayton ("Mr. Crayton") with the settlement check pursuant to the settlement agreement by June 3, 2014.

On June 2, 2014, we emailed Deputy Attorney General Elliott Seals to inquire about the status of the settlement check. Mr. Seals responded that the staff counsel assigned to this matter at CDCR was out for the day but that he would speak with that person the following day to confirm whether the check was sent. Mr. Seals added that he would inform us if there were any complications preventing receipt of the check by the June 3, 2014 deadline.

The settlement check did not arrive in the mail on June 3, 2014. Accordingly, we again reached out to Mr. Seals to inquire about the status of the check. Mr. Seals stated that the check was mailed by the CDCR on Thursday, May 29, 2014. As of close of business on June 3, 2014, however, our office has not received the settlement check as required by the settlement agreement and the Court's Order.

Very truly yours,

Jeffrey L. Bornstein

cc:   Mr. Timothy Crayton