Jeffrey L. Bornstein – 99358
jeff.bornstein@klgates.com
Claudia A. Quiroz – 254419
claudia.quiroz@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

Attorneys for Plaintiff
TIMOTHY CRAYTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON<br><br>　　　　　Mr. Crayton,<br><br>vs.<br><br>A. HEDGPETH; K. HARRINGTON; and L. WOOD<br><br>　　　　　Defendants. | Case No.　C 08-00621 WHA (NJV) (PR)<br><br>**TIMOTHY CRAYTON'S STATUS STATEMENT AND REQUEST FOR HEARING; [PROPOSED] ORDER**<br><br>Judge:　Hon. William H. Alsup<br>Courtroom: 8 |

Plaintiff Timothy Crayton ("Mr. Crayton"), through his undersigned counsel, hereby requests a hearing to address the fact that as of June 6, 2014, he has not yet received the settlement check from the California Department of Corrections and Rehabilitation ("CDCR").

On May 9, 2014 the Court issued its Order re Settlement, [Dkt. No. 290], ordering the CDCR to provide Mr. Crayton with the settlement check pursuant to the Settlement Agreement by June 3, 2014.

When the settlement check did not arrive by the June 3, 2014 deadline, counsel for Mr. Crayton reached out to Deputy Attorney General Elliott Seals to inquire about the status of the check. Deputy Attorney General Seals advised that the settlement check in the amount of $8,213.67 was sent by the CDCR on Thursday, May 29, 2014 to Jeffrey L. Bornstein, 4 Embarcadero Center, Suite 1200, San Francisco, California 94111, via standard United States mail. As of June 6, 2014, counsel for Mr. Crayton has still not received the settlement check.

On the afternoon of June 6, 2014, counsel for Mr. Crayton conferred by telephone with Deputy Attorney General Seals in an effort to resolve this issue. Mr. Seals said that he would try to contact the Office of Legal Affairs as well as his contacts at CDCR next week to try to get another check. Counsel for Mr. Crayton asked Deputy Attorney General Seals to expedite this process and try to get a check mailed for delivery by Monday, June 9, 2014.

Failure to provide the check by the Court-ordered June 3, 2014 deadline blatantly disregards the Settlement Agreement and the Court's May 9, 2014 Order. If the CDCR had in fact mailed the settlement check on May 29, 2014 Mr. Crayton's counsel would have already received it.

\\
\\
\\
\\
\\
\\
\\

1

**CRAYTON'S STATUS STATEMENT AND REQUEST FOR HEARING; C 08-00621 WHA (NJV)**

For these reasons, Mr. Crayton respectfully requests that the Court set a hearing on June 19, 2014 at 8:00 a.m. or at its earliest convenience thereafter so that CDCR can explain to the Court why the settlement check has not been provided to Mr. Crayton as required.

Respectfully submitted,

K&L GATES LLP

Dated: June 6, 2014   By: */s/ Jeffrey L. Bornstein*
Jeffrey L. Bornstein
Claudia A. Quiroz
Attorneys for Plaintiff
TIMOTHY CRAYTON

## **[PROPOSED] ORDER**

IT IS HEREBY ORDERED that a hearing will be held before this Court on Thursday, _____ at 8:00 a.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated: June ___, 2014   By: _____
Honorable William H. Alsup
United States District Court Judge