1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                         FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   TIMOTHY CRAYTON,                          No. C 08-00621 WHA

11              Plaintiff,

12      v.

13   CORRECTIONAL OFFICER                      **ORDER TO SHOW CAUSE AND**
     A. HEDGEPETH, et al.,                     **ORDER SETTING HEARING ON**
14                                             **JUNE 19**
                Defendants.
15   _____/

16          This action settled and the agreement was filed in January 2014 (Dkt. No. 283).

17   On April 16, defense counsel stated that his "client, the California Department of Corrections

18   and Rehabilitation (CDCR), intends to fully comply with the settlement agreement signed on

19   January 24, 2014" (Seals Decl. ¶¶ 2, 5).  Based on counsel's representations, a May 2014 order

20   stated:

21              By June 3, 2014, the California Department of Corrections and
                Rehabilitation shall provide [plaintiff] Timothy Crayton with the
22              settlement check pursuant to the settlement agreement . . . .
                The Court will then dismiss with prejudice all claims in the
23              complaint.  This will dispose of the entire case.

24   Plaintiff's *pro bono* counsel now state that the "settlement check did not arrive in the mail on

25   June 3, 2014" (Dkt. No. 291).  Defense counsel state that (Seals Decl. ¶ 5):

26              I was informed by CDCR that [plaintiff Timothy] Crayton's
                settlement check in the amount of $8,213.67 was mailed to
27              [Attorney] Jeffrey Bornstein at 4 Embarcadero Center, Suite 1200,
                San Francisco, CA 94111 via US Mail on Thursday, May 29,
28              2014.

**United States District Court**
For the Northern District of California

On June 6, plaintiff's counsel requested a hearing on June 19 because "counsel for Mr. Crayton [have] still not received the settlement check" (Dkt. No. 293).

By **NOON ON JUNE 13**, the parties shall file a joint statement regarding the settlement check. Defense counsel shall append a declaration from a competent individual from the CDCR regarding the settlement check allegedly mailed. Plaintiff's counsel shall address their efforts to make sure the check was not misplaced. If the check was lost, defense counsel should have the CDCR void the previous check, issue a new check, and bring this new check to the hearing hereby set for **JUNE 19, 2014, AT 8:00 A.M.** Please report to Courtroom 8, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Someone from the California Department of Corrections and Rehabilitation should be present.

**IT IS SO ORDERED.**

Dated:   June 9, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE