Jeffrey L. Bornstein – 99358
jeff.bornstein@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone:  +1 415 882 8200
Facsimile:  +1 415 882 8220

Attorneys for Plaintiff
TIMOTHY CRAYTON

KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MARISA Y. KIRSCHENBAUER, State Bar No. 226729
Supervising Deputy Attorney General
ELLIOTT T. SEALS, State Bar No. 277491
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-1640
 Fax:  (415) 703-5843
 E-mail:  Elliott.Seals@doj.ca.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON,<br><br>Plaintiff,<br><br>v.<br><br>A. HEDGPETH; K. HARRINGTON; and L. WOOD,<br><br>Defendants. | Case No.   C 08-00621 WHA (NJV) (PR)<br><br>**JOINT STATUS STATEMENT**<br><br>Judge:       Hon. William H. Alsup<br>Courtroom: 8 |

1  Counsel for Plaintiff Timothy Crayton did not receive the settlement check.  The firm's mail personnel were on the look out for any unclaimed letters and/or checks and there was nothing found that relates to this case.  In addition, Plaintiff's counsel's secretary opened all envelopes in counsel's incoming mail box and also checked with other secretaries and attorneys who have mail boxes in the same area and could not locate the check.

Plaintiff's counsel notified Deputy Attorney General Elliott Seals who advised that he would put a stop payment on the check and have the State Controller issue a new one.  Mr. Seals sent a "Request for Duplicate Controller's Warrant/Stop Payment" form on June 10, 2014 that Plaintiff's counsel signed after striking certain language, attesting to the fact that the original "warrant" was not received or cashed by Plaintiff's counsel.  In addition, Plaintiff's counsel also requested that Mr. Seals ensure that the check/warrant was sent to Mr. Seals so that we could avoid any other mailing mistakes.  Mr. Seals has been informed by CDCR that he will receive the new check/warrant by June 18, 2014.  According to Mr. Seals, the envelope for the original settlement check mailed by the State Controller was not addressed to Plaintiff's counsel or counsel's law firm by mistake, although the correct address was included.

Under the circumstances, counsel for Plaintiff suggests that the Court give the State until noon on Wednesday, June 18, 2014 to deliver the check/warrant to Plaintiff's counsel's office.  If the check is in fact delivered, then Plaintiff's counsel will notify the Court with an appropriate filing and request that the status hearing currently set for June 19, 2104 be vacated.  If it is not delivered by that date and time, counsel for Plaintiff requests that the current hearing scheduled for June 19, 2014 should go forward as scheduled.

Respectfully submitted,

K&L GATES LLP

Dated:  June 12, 2014  By:  */s/ Jeffrey L. Bornstein*
  Jeffrey L. Bornstein
  Attorneys for Plaintiff
  TIMOTHY CRAYTON

1
**JOINT STATUS STATEMENT; C 08-00621 WHA (NJV)**

|   |   |
|---|---|
|   | ATTORNEY GENERAL OF CALIFORNIA |
| Dated:  June 12, 2014 | By:   */s/ Elliott T. Seals*<br>Elliott T. Seals<br>Deputy Attorney General<br>Attorneys for Defendants<br>A. HEDGPETH, K. HARRINGTON, and L. WOOD |

## **ECF ATTESTATION**

I, Jeffrey L. Bornstein, attest that concurrence in e-filing this JOINT STATUS STATEMENT has been obtained from signatory Elliott T. Seals, in compliance with General Order 45, X.B.

|   |   |
|---|---|
| Dated:  June 12, 2014 | By:   */s/ Jeffrey L. Bornstein*<br>Jeffrey L. Bornstein |