IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY CRAYTON,

    Plaintiff,

  v.

CORRECTIONAL OFFICER
A. HEDGEPETH, et al.,

    Defendants.

No. C 08-00621 WHA

**ORDER VACATING JUNE 19 HEARING**

    This action settled in January 2014 (Dkt. No. 283). A May 9 order stated that once the parties had advised the Court that the California Department of Corrections and Rehabilitation had provided plaintiff Timothy Crayton with the settlement check pursuant to the settlement agreement, the Court would dismiss with prejudice all claims in the complaint (Dkt. No. 290).

    In light of the parties' representations in the joint stipulation and proposed order, the June 19 hearing is **VACATED** (Dkt. No. 298). The July 3 hearing remains on calendar. As soon as *pro bono* plaintiff's counsel, Mr. Jeffrey Bornstein, notifies the Court that Mr. Crayton is in receipt of the settlement check, the Court will dismiss with prejudice all claims in the complaint.

    **IT IS SO ORDERED.**

Dated:   June 18, 2014.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE