IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY CRAYTON,

    Plaintiff,

  v.

CORRECTIONAL OFFICER
A. HEDGEPETH, et al.,

    Defendants.

No. C 08-00621 WHA

**ORDER VACATING JULY 3 STATUS CONFERENCE**

This action settled in January 2014. The settlement agreement stated:

> Plaintiff agrees to dismiss all the claims in the Complaint with prejudice, including Plaintiff's claims that were previously dismissed from this matter without prejudice. Plaintiff further agrees not to appeal any Orders issued in this matter.

(Dkt. No. 283). Plaintiff's counsel have yet to inform the Court that plaintiff Timothy Crayton is in receipt of the settlement check. By **NOON ON JULY 3**, plaintiff's counsel shall state the status of the settlement check. The action will then be dismissed. The July 3 status conference is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: June 30, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE