IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY CRAYTON,

    Plaintiff,

  v.

CORRECTIONAL OFFICER
A. HEDGEPETH, et al.,

    Defendants.

No. C 08-00621 WHA

**ORDER DISMISSING ACTION**

This action settled in January 2014. The settlement agreement stated:

> Plaintiff agrees to dismiss all the claims in the Complaint with prejudice, including Plaintiff's claims that were previously dismissed from this matter without prejudice. Plaintiff further agrees not to appeal any Orders issued in this matter.

(Dkt. No. 283). Plaintiff's counsel have confirmed receipt of the settlement check (Dkt. No. 301). Accordingly, all claims are **DISMISSED WITH PREJUDICE**. This action is terminated. The Court thanks Attorneys Jeffrey L. Bornstein and Claudia A. Quiroz for taking on this matter *pro bono*. The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: June 30, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE